ASIA PACIFIC AIRLINES,
Plaintiff–Appellee,

v.

UNITED STATES, Defendant–
Appellant,

and

Corporate Air and Alpine
Air, Defendants,

v.

Aloha Airlines, Inc., Defendant–
Appellee.

No. 2006–5044.

United States Court of Appeals,
Federal Circuit.

March 22, 2006.

*ORDER*

Upon consideration of the United States' unopposed motion to voluntarily dismiss appeal 2006–5044, from the judgment in Court of Federal Claims case no. 05–711,

IT IS ORDERED THAT:

The motion is granted. All sides shall bear their own costs.

Ethel M. MANGUM, Claimant–
Appellee,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellant.

No. 2005–7041.

United States Court of Appeals,
Federal Circuit.

March 22, 2006.

*ORDER*

Upon consideration of Ethel M. Mangum's unopposed motion to dismiss this appeal, from the judgment in Court of Appeals for Veterans Claims case no. 01–1347,

IT IS ORDERED THAT:

The motion is granted. Each side shall bear its own costs.